# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 2008-002 |
| v. ) | |
| ) | |
| ROSNY LAGUERRE ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on a Motion to Suppress filed by Defendant Rosny Laguerre.  Defendant seeks to suppress items seized in connection with his arrest and his statements given on January 30, 2008.  For the reasons stated in the accompanying Memorandum Opinion, it is hereby.

**ORDERED** that the Motion to Suppress is **DENIED** as to Defendant.

**ENTERED this 2 day of April, 2008.**

/s/
**HONORABLE RAYMOND L. FINCH**
**U.S. DISTRICT JUDGE**

.

1